1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11  JOSE LUIS SANCHEZ-VELAZQUEZ,          )      Criminal No. 07-CR-1831-L
                                         )      Civil No. 08-CV-1342-L
12              Petitioner,               )
                                         )      **ORDER DISMISSING WITH**
13  v.                                    )      **PREJUDICE PETITIONER'S**
                                         )      **MOTION UNDER 28 U.S.C. § 2255**
14  UNITED STATES OF AMERICA,             )      **TO VACATE, SET ASIDE OR**
                                         )      **CORRECT SENTENCE**
15                                        )
                Respondent.               )
16                                        )
17

18        On July 23, 2008, Petitioner filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set

19  aside or correct sentence.  The Court has reviewed the record in this case, which clearly

20  establishes that Petitioner waived both his right to appeal and to collaterally attack his conviction

21  and sentence.  Plea Agreement ¶ XI.  Petitioner's motion raises no challenge to the validity of

22  that waiver, therefore this Court lacks jurisdiction to consider any collateral challenge to his

23  conviction and sentence.  *See Washington v. Lampert*, 422 F.3d 864, 869-70 (9th Cir. 2005

24  (recognizing that if sentencing agreement's waiver of the right to file a federal habeas petition

25  was valid, district court lacked jurisdiction to hear the case).

26  ...

27  ...

28  ...

1       Accordingly, Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28

2   U.S.C. § 2255 is **DISMISSED WITH PREJUDICE**.

3       **IT IS SO ORDERED.**

4

5   DATED:  July 25, 2008

6                                                _____

7                                                M. James Lorenz
                                                 United States District Court Judge

8

9   COPIES TO:

10  PETITIONER
    U.S. ATTORNEY'S OFFICE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28